LAWRENCE RUIZ, ESQ.
Nevada Bar No. 11451
**RUIZ LAW FIRM**
1055 Whitney Ranch Drive, Suite 110
Henderson, NV 89014
Phone: (702) 850.1717
Fax: (702) 850.1716
lawrence@lmruizlaw.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JAMIE HATCH,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTRY PREFERRED INSURANCE COMPANY, a Georgia Foreign Insurance Company; DOES 1-10; and ROE Entities 11 through 20, inclusive jointly and severally,<br><br>Defendants.<br><br>COUNTRY PREFERRED INSURANCE COMPANY, an Illinois Corporation,<br><br>Counterclaimant,<br><br>vs.<br><br>JAMIE HATCH,<br><br>Counter- Defendant. | Case No.:  2:23-cv-01705-JAD-BNW<br><br>**Proposed Stipulated Discovery Plan and Scheduling Order: Submitted in Compliance with LR 26-1(b)**<br><br>*Check only if you include a Counterclaim or Crossclaim:*  √ |

The parties held a conference under Federal Rule of Civil Procedure 26(f) on November 7, 2023. The parties now submit their proposed discovery plan and scheduling order in compliance with LR 26-1(b).

/ / /

1. Discovery Cut-Off Date. The first defendant answered or otherwise appeared on **October 26, 2023**. The discovery cut-off date is **April 3, 2024**.

2. Amending the Pleadings and Adding Parties. The deadline to amend the pleadings and add parties is **January 4, 2024**.

3. Expert and Rebuttal-Expert Disclosures. The deadline to disclose experts is February 5, 2024. The deadline to disclose rebuttal experts is **March 4, 2024**.

4. Dispositive Motions. The deadline to file dispositive motions is **May 3, 2024**.

5. Pretrial Order. The deadline to file a pretrial order is **June 3, 2024**.

6. Fed. R. Civ. P. 26(a)(3). The disclosures required by this rule and any objections to them must be included in the joint pretrial order.

7. Alternative Dispute Resolution. The parties certify that they met and conferred about the possibility of using alternative dispute-resolution processes but concluded that said processes would not be beneficial to the parties at this time.

8. Alternative Forms of Case Disposition. The parties certify that they considered consent to trial by a magistrate Judge under 28 U.S.C. §636(c) and Fed. R. Civ. P. 73 and the use of the Short Trial Program (General Order 2013-01) and do not consent to either trial by magistrate Judge or use of the Short Trial Program.

9. Electronic Evidence. The parties certify that they discussed whether to present evidence in electronic formal to the jurors for the purpose of jury deliberations; however, to date, no electronic evidence has been disclosed.

| RUIZ LAW FIRM | KRAVITZ, SCHNITZER, JOHNSON & WATSON, CHTD. |
|---|---|
| /s/ Lawrence Ruiz | /s/ Gina M. Mushmeche |
| LAWRENCE RUIZ, ESQ.<br>Nevada Bar No. 11451<br>1055 Whitney Ranch Drive, Suite 110<br>Henderson, NV 89014<br>*Attorney for Plaintiff/Counter-Defendant* | GINA M. MUSHMECHE, ESQ.<br>Nevada Bar No. 10411<br>8985 S. Eastern Avenue, Suite 200<br>Las Vegas, NV 89123<br>*Attorney for Defendant/Counterclaimant* |

*Hatch v. Country Preferred and related matters*
*Case No.: 2:23-cv-01705-JAD-BNW*

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

**Dated:** 12/5/2023