GINA M. MUSHMECHE, ESQ.
Nevada Bar No. 10411
SEBASTIAN F. GAJARDO, ESQ.
Nevada Bar No. 14874
SCHNITZER JOHNSON & WATSON, CHTD.
8985 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Telephone: (702) 362-6666
Facsimile:  (702) 362-2203
gmushmeche@sjwlawfirm.com
sgajardo@sjwlawfirm.com
*Attorneys for Defendant Country Preferred Insurance Company*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JAMIE HATCH,<br><br>        Plaintiff,<br><br>v.<br><br>COUNTRY PREFERRED INSURANCE COMPANY, a Georgia Foreign Insurance Company; DOES 1-10; and ROE ENTITIES 11 through 20, inclusive jointly and severally,<br><br>        Defendants.<br><br>COUNTRY PREFFERRED INSURANCE COMPANY, a Illinois Corporation,<br><br>        Counterclaimant,<br><br>v.<br><br>JAMIE HATCH,<br><br>        Counter-defendant. | Case No.: 2:23-cv-01705-JCM-BNW<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, between Plaintiff, JAMIE HATCH, by and through his counsel of record, LAWRENCE RUIZ, ESQ, and Defendant COUNTRY PREFERRED INSURANCE COMPANY ("CPIC"), by and through its counsel of record,

1

SCHNITZER JOHNSON & WATSON, CHTD., that this action is dismissed with prejudice in its entirety.

All Parties agree to bear their own attorneys' fees and costs.

DATED this 21st day of October, 2024.          DATED this 21st day of October, 2024

SCHNITZER JOHNSON & WATSON, CHTD.          RUIZ LAW FIRM

 /s/ Gina M. Mushmeche                         /s/ Lawrence Ruiz                 
GINA M. MUSHMECHE, ESQ.                    LAWRENCE RUIZ, ESQ.
Nevada Bar No. 10411                       Nevada Bar No. 11451
SEBASTIAN F. GAJARDO, ESQ.                 1055 Whitney Ranch Drive, Suite 110
Nevada Bar No. 14874                       Henderson, NV  89014
8985 S. Eastern Ave., Suite 200            *Attorney for Plaintiff*
Las Vegas, NV  89123
*Attorneys for Defendant*

**IT IS SO ORDERED**. October 23, 2024.

_____
UNITED STATES DISTRICT COURT JUDGE

Submitted by:

**SCHNITZER JOHNSON & WATSON, CHTD.**

 /s/Gina M. Mushmeche                       
GINA M. MUSHMECHE, ESQ.
Nevada Bar No. 10411
SEBASTIAN F. GAJARDO, ESQ.
Nevada Bar No. 14874
8985 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
mesposito@sjwlawfirm.com
sgajardo@sjwlawfirm.com
*Attorneys for Defendant Country Preferred Insurance Company*